1   PAUL DAVID MAROTTA (State Bar No. 111812)
    MEGAN JEANNE (State Bar No. 251294)
2   THE CORPORATE LAW GROUP
    1342 ROLLINS ROAD
3   BURLINGAME, CA 94010
    Telephone:     (650) 227-8000
4   Facsimile:     (650) 227-8001
    paul@tclg.com
5   megan@tclg.com

6   Attorneys for Plaintiff
    MENTOR CAPITAL, INC.
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MENTOR CAPITAL, INC.,              )  Civil Action No. 3:14-cv-03630-LB
                                       )
12        Plaintiff.                   )  **DECLARATION OF CHET**
                                       )  **BILLINGSLEY IN SUPPORT OF**
13             v.                      )  **MENTOR CAPITAL, INC.'S**
                                       )  **MOTION TO APPOINT A**
14  BHANG CHOCOLATE COMPANY, INC., a   )  **RECEIVER**
    Nevada corporation and BHANG       )
15  CORPORATION, a Nevada corporation, )
                                       )  Date:         August 10, 2017
16                                     )  Time:         9:30 a.m.
          Defendants.                  )  Courtroom:    C
17                                     )
                                       )
18  _____)

19        I, Chet Billingsley, declare as follows:

20        1.     I am the Chief Executive Officer of Mentor Capital, Inc. ("Mentor") in the above

21  captioned matter.

22        2.     Except for such matters which are stated on information and belief, the matters

23  stated herein are known to me personally, and if called and sworn as a witness I could competently

24  testify thereto.

25  **Bhang is Avoiding Paying Our Judgment**

26        3.     Judgment issued in this Matter on December 29, 2016 in the amount of

27  $1,921,534.62 in favor of Mentor Capital and against Bhang Chocolate Company aka Bhang

28  Corporation.

**DECLARATION OF CHET BILLINGSLEY IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER – 3:14-cv-03630-LB**

4.      Interest continues to accrue on this judgment at the rate of 10% per annum.

5.      Upon receiving the judgment we contacted the judgment debtor's counsel to see if the judgment debtor would pay the judgment.  We never received any response to that query.

6.      Since receiving the judgment, Plaintiff has been diligent in pursuing assets of the judgment debtor in several states, including levying on known bank accounts (all of which accounts have since been closed), levying on professionals with whom the judgment debtor worked, levying on licensees which are using the judgment debtor's trademarks and proprietary processes under licenses from the judgment debtor, and levying on known business associates.

7.      To date I am informed and believe and thereon allege that the US Marshalls have received a total of slightly more than $55,000, which is in the process of being transferred to us.

8.      Interest is accruing in this matter at a rate of about $500 per day or $15,000 per month.  Since December 29, 2016 almost $90,000 of interest has accrued on the judgment due.

9.      Mentor has initiated several asset searches for assets under the name of Bhang Corporation and Bhang Chocolate Company, Inc. and such searches have returned no assets or bank accounts opened or maintained in the name of either entity.

10.     I believe that Bhang is attempting to leave Bhang as an empty, judgment proof shell by (i) fraudulently conveying assets from the business to its owners or third parties, (ii) trying to skirt Mentor levies by asking that its licensees direct all payments to middlemen, (iii) setting up company bank accounts in names other than Bhang, and (iv) transferring Bhang assets and intellectual property to new entities owned by Bhang's owners.

11.     For example, attached hereto as Exhibit A is a true and correct copy of a check dated after our judgment, in the amount of $6,200 made payable to Crystal Cult LLC, which includes the notation in the upper left corner, "SVR [Scott Van Rixel] Bhang."

12.     I am informed and believe and thereon allege that Bhang has directed some licensees to make payments to "The Chocolate Cartel," a New Mexico Entity which includes as a principal Tim Van Rixel, Scott Van Rixel's brother.

13.     Attached hereto as Exhibit B is a true and correct copy of a printout from the web of two pages of promotional information concerning The Chocolate Cartel with pictures of both Van

**DECLARATION OF CHET BILLINGSLEY IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER – 3:14-cv-03630-LB**

Rixel brothers.

14.    I am informed and thereon believe that Bhang has also entered into a joint venture with the Cypress Hill musical group[1] and has, or is in the process of transferring, its assets into this joint venture as a further attempt to avoid paying the Judgment entered against it.

**<u>Bhang's Financials are Not Accurate</u>**

15.    I know that Bhang does not keep accurate financial records.

16.    Financial records given to me by Van Rixel during the short period of time that the parties worked together in 2014 reference cash assets in an account labeled only as "Far and Away".

17.    Bhang CEO Scott Van Rixel also reported to me that some of the cash earned by Bhang is kept off the books in either cash or gold form.

18.    None of the financial records disclosed to Mentor either during the time the parties worked together or required to be produced as part of the prior action, show that the $1,500,000 received by Bhang from Mentor was properly reported on Bhang's books.

19.    Mr. Van Rixel testified during his deposition in the underlying action that Bhang received revenues of a few million dollars including tens of thousands of dollars per month from the California vape licensee, just one of the multiple licensees manufacturing and distribution Bhang products.

20.    Mr. Van Rixel testified at deposition that Bhang was able to satisfy a judgment in favor of Mentor.

21.    Mr. Van Rixel has formed several other entities which are apparently operating in the cannabis field, including Founding Fathers Hemp Co. (sometimes named Founding Fathers Hemp Company) and CB Brands, LLC.

22.    Founding Fathers Hemp Co. is a Delaware corporation owned by Van Rixel and operates out of the same address as Bhang.

23.    CB Brands, LLC is a Nevada limited liability company for which Van Rixel is listed

---

[1] That Bhang's Scott Van Rixel and Cypress Hill's DJ Muggs discussed in a March 6, 2017 video available on the Internet.

**DECLARATION OF CHET BILLINGSLEY IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER – 3:14-cv-03630-LB**

as the sole manager.

**Bhang is Allowing Infringement of its Trademarks**

24.     Founding Fathers Hemp Co. has registered or is in the process of registering with the U.S. Patent and Trademark Office trade and service marks identical to those registered by Bhang, including stylized designs mirroring the Bhang name and "B" logo.  True and correct copies of these registrations are attached hereto as Exhibit C.

25.     As Bhang does not manufacture or sell products directly, I believe that these trade and service marks make up a substantial portion of the value of Bhang's license agreements.

26.     Bhang has not made any efforts to oppose the registration of any of the similar marks registered or attempted to be registered under the name of Founding Fathers Hemp Co.

27.     I believe that Bhang and Van Rixel will likely use this opportunity to further transfer Bhang intellectual property to another entity, such as Founding Fathers or CB Brands, LLC.

**Bhang Says It Is Not Receiving any Payments**

28.     Bhang neither manufactures, produces, nor sells its branded products to end-users or individual store-fronts, but rather relies upon licensees to produce and distribute its branded products.

29.     An industry resource I've seen shows Bhang products being sold in at least 266 stores.

30.     Bhang claims on its own website that, "Bhang is in a lot of stores."

31.     A license agreement between Bhang and a former licensee shows that the *minimum* royalty fee due to Bhang is $30,000 per month.

32.     I have seen data from Brightfield Group's brand tracker showing that, since the entry of the Judgment, approximately $14 million in Bhang products have been sold, which should have generated over $900,000 in royalties to Bhang.  Attached hereto as Exhibit D is a true and correct copy of the Brightfield Group reports with an analysis performed by Mentor on top.  This data does not include sales in Washington State, New Mexico, New York, Nevada, or outside the United states.

33.     I have been in discussions with a woman named Jamie Pearson who introduced

**DECLARATION OF CHET BILLINGSLEY IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER – 3:14-cv-03630-LB**

1    herself to me as Director of Operations of Bhang.  Ms. Pearson told me on June 14, 2017 that

2    Bhang is receiving no payments from any licensee.

3          34.      On a telephone conference on May 25, 2017 with Bhang co-owner Richard Sellers

4    and Ms. Pearson I was told three times by Richard Sellers that, "no money is coming into Bhang."

5          35.      Mr. Sellers also opined that the value of Bhang was dropping like a rock and asked

6    what happened to Mentor's judgment in the event of a bankruptcy.

7          36.      I am informed and thereon believe that Bhang licensees have been told to remit any

8    and all payments due from licensees to various third-parties including a Bhang employee named

9    Jamie Pearson and to a bank account ostensibly in the name of Scott Van Rixel.

10         37.      I am informed and thereon believe that Richard Sellers, one of Bhang Corporation's

11    (together with Bhang Chocolate Company, Inc., "Bhang") three shareholders and an officer and

12    director of Bhang, holds licenses to distribute Bhang products within California.  I am informed

13    and thereon believe that Mr. Seller's holds licenses in the names of Alta Supply, Inc. and

14    Therapeutic Living Collective.

15         38.      I am informed and thereon believe that Todd Winter, a lawyer representing Bhang

16    and Richard Sellers' entities, has also been contacting licensees, claiming that the levies were not

17    properly served, and instructing the licensees not to turn over any funds to the US Marshal as

18    instructed by the levies.  Bhang's lawyer is further telling licensees that Mentor will soon be out of

19    business due to an action filed in Utah by family members of another of Bhang's counsel so such

20    payments to Mentor are unnecessary.

21    **Bhang Licensees Are Using Our Collection Efforts as a Reason to Not Pay Bhang.**

22         39.      I am informed and believe and thereon allege that, since entry of the Judgment

23    against Bhang, several licensees have invoked termination provisions in their license agreements

24    which allow termination for cause, "if a substantial portion of such Party's business is subject to

25    attachment or similar process".

26         40.      I am informed and believe and thereon allege that some licensees have claimed

27    'offsets' against money owed to Bhang.  Mentor has no way to verify that these claimed offsets are

28    appropriate, or even valid.

**DECLARATION OF CHET BILLINGSLEY IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER – 3:14-cv-03630-LB**

1    41.    To date, to my knowledge Bhang has done nothing about these claims of offset or

2  license termination.

3  **A Receiver May Pursue Assets that Bhang Likely Will Not**

4    42.    In the arbitration in this matter it was undisputed that, upon receiving each tranche

5  of the $1,500,000 Mentor gave to Bhang, Bhang immediately distributed all of that money out to

6  Bhang's three owners according to their pro rata ownership.

7    43.    Attached hereto as <u>Exhibit E</u> is a true and correct copy of a chart that illustrates the

8  pro rata transfer to the three Bhang owners.

9    44.    I am informed and thereon believe and thereon allege that some of these original

10  funds were likely used to purchase real property in Florida that has since been transferred to

11  separate entities managed by Van Rixel, representatives of Van Rixel, or successive layers of

12  entities which ultimately benefit Van Rixel.

13    45.    I am informed and believe and thereon allege that this distribution was a fraudulent

14  conveyance.

15    46.    I am informed and believe and thereon allege that in the event this transfer was

16  accounted for as compensation, Bhang did not properly account for such compensation or withhold

17  required withholding taxes.

18    47.    I am informed and believe and thereon allege that if this transfer was accounted for

19  as a distribution, then it was a distribution that rendered Bhang insolvent, and which should

20  therefore be repaid to Bhang.

21    48.    I am informed and believe and thereon allege that if this transfer was accounted for

22  as a loan, then this loan needs to be repaid so that Bhang can pay Mentor the full amount of the

23  judgment.

24    49.    In all of the above cases, Bhang has a right to recover this money from the

25  recipients, but since the recipients are the very persons running Bhang, as long as they are in

26  control of the judgment debtor this money will never be recovered, never accounted for properly,

27  and never available to pay Mentor's judgment.

28    I declare under penalty of perjury under the laws of the State of California that the foregoing

- 6 -

is true and correct and that this Declaration was signed by the undersigned on June 29, 2017 at Ramona, California.

/Chet Billingsley/
Chet Billingsley

DECLARATION OF CHET BILLINGSLEY IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER – 3:14-cv-03630-LB

# EXHIBIT A

**To Declaration of Chet Billingsley**
**In support of Judgment Creditor Mentor Capital's**
**Motion for a Receiver**

Northern District of California Case Number 3:14-cv-03630-LB



# **EXHIBIT B**

**To Declaration of Chet Billingsley**
**In support of Judgment Creditor Mentor Capital's**
**Motion for a Receiver**

Northern District of California Case Number 3:14-cv-03630-LB





# About Us

## Small Beginnings

Xocoatl Chocolate, now the Chocolate Cartel began in Taos, New Mexico in 2001 by Certified Master Chocolatier and Chef de Cuisine Scott J. Van Rixel. Immediately his chocolate creations drew wild buzz from locals and visitors giving brother Tim, the opportunity to join the chocolate team soon after. Since then the Chocolate Cartel's popularity has grown beyond New Mexico and throughout the U.S.



# Global Reach

The Van Rixel brothers remain devoted to handcrafting superb chocolates using only the best, fairly traded chocolate and natural ingredients. Scott's knowledge of ingredients, knack for flavor profiles and overall science of foods has led their creations to rival the finest chocolatiers from around the globe.



## Product Categories

Chocolate Truffles

Chocolate Covered

Chocolate Bars

Nut Giandujas

Home Baking

Gifts & Assortments

More Chocolate

## Navigation

Home

About Us

The Shop

Wholesale & Wedding Favors

Shipping

Contact & Directions

## Contact Us

505-797-1193

info@chocolatecartel.com

315 Juan Tabo Blvd. NE Ste. A

Albuquerque, NM

87123



## Connect With Us

 

### Sign Up For Our Newsletter

Email

SUBMIT

Chocolate Cartel © 2017

# EXHIBIT C

**To Declaration of Chet Billingsley**
**In support of Judgment Creditor Mentor Capital's**
**Motion for a Receiver**

Northern District of California Case Number 3:14-cv-03630-LB



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 12 03:47:44 EDT 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:     OR   Jump   to record:     **Record 14 out of 35**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | **BHANG** |
| **Goods and Services** | IC 043. US 100 101. G & S: Bar and restaurant services |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 86446763 |
| **Filing Date** | November 6, 2014 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 1, 2016 |
| **Owner** | (APPLICANT) Founding Fathers Hemp Co., Inc. CORPORATION DELAWARE 529 W. San Francisco Street Santa Fe NEW MEXICO 87501 |
| **Attorney of Record** | Rod D. Baker |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "BHANG" in stylized script. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 12 03:47:44 EDT 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At:     OR | Jump | to record:     **Record 12 out of 35**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# BHANG

| | |
|---|---|
| **Word Mark** | BHANG |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: Disposable and reusable cartridges containing vaporizable nicotine, for use with battery powered electronic cigarettes |
| | IC 034. US 002 008 009 017. G & S: Electronic cigarettes; tobacco and smokers' articles, namely, smokeless nicotine e-cigarettes |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86201026 |
| **Filing Date** | February 21, 2014 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 1, 2014 |
| **Owner** | (APPLICANT) Founding Fathers HC, Inc. CORPORATION DELAWARE 6815 Biscayne Blvd., Ste. 103 Miami FLORIDA 33138 |
| **Attorney of Record** | Rod D. Baker |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT D

**To Declaration of Chet Billingsley**
**In support of Judgment Creditor Mentor Capital's**
**Motion for a Receiver**

Northern District of California Case Number 3:14-cv-03630-LB

# Easily Documented Bhang Royalties Since December 29, 2016 Judgment

### (Data per Brightfield Group - Brand Tracker)

| State | | | Jan-17 | Feb-17 | Mar-17 | Apr-17 | Estimate May-17 | | |
|---|---|---|---|---|---|---|---|---|---|
| **California** - Concentrates | State Retail Sales | | $ 15,117,390 | $15,283,147 | $15,448,903 | $15,614,660 | $15,780,417 | | |
| | Bhang Market Share % | | 2.16% | 2.06% | 2.06% | 2.06% | 2.06% | | |
| *(Normal Royalty 10%)* | **Bhang Retail Sales** | **$** | **326,536** | **$  314,833** | **$  318,247** | **$  321,662** | **$  325,077** | | |
| - Edibles | State Retail Sales | | $ 29,802,629 | $30,258,128 | $30,713,626 | $31,169,125 | $31,624,623 | | |
| | Bhang Market Share % | | 5.00% | 4.33% | 3.75% | 3.46% | 3.17% | | |
| *(Normal Royalty 7%)* | **Bhang Retail Sales** | **$** | **1,490,131** | **$ 1,310,177** | **$ 1,151,761** | **$ 1,078,452** | **$ 1,002,501** | | |
| **Michigan** - Edibles | State Retail Sales | | $ 11,322,432 | $11,473,280 | $11,624,127 | $11,774,975 | $11,925,823 | | |
| | Bhang Market Share % | | 5.48% | 5.23% | 5.05% | 4.96% | 4.87% | | |
| *(Normal Royalty 7%)* | **Bhang Retail Sales** | **$** | **620,469** | **$  600,053** | **$  587,018** | **$  584,039** | **$  580,788** | | |
| **Arizona** - Edibles | State Retail Sales | $ | 6,601,639 | $ 6,837,023 | $ 7,072,408 | $ 7,307,792 | $ 7,543,176 | ***Total Since Dec 29, 2016*** | |
| *(Normal Royalty 7%)* | Bhang Market Share % | | 7.81% | 6.50% | 5.19% | 4.54% | 3.89% | | **Estimate to Date** |
| | **Bhang Retail Sales** | **$** | **515,588** | **$  444,407** | **$  367,058** | **$  331,774** | **$  293,430** | ***Judgment*** | 6/22/2017 |
| **Total Bhang Monthly Retail Sales** | | **$** | **2,952,724** | **$ 2,669,469** | **$ 2,424,085** | **$ 2,315,926** | **$ 2,201,794** | **$  12,563,998** | $14 Million |
| ***Normal 7% - 10% Royalties on Gross to Bhang:*** | | **$** | ***216,487*** | **$  196,308** | **$  179,233** | **$  171,765** | **$  163,878** | ***$ 927,671*** | $1.0 Million |

*Not Included Above:*
  Wasington, Colorado, New Mexico and New York include Bhang in "Other Brands"

**(Bhang 5 mth Royalties)**
-- does not include June --
-- does not include other revenue --
-- does not include WA, CO, NM & NY --
**-- total 5 mth revenue estimate $2M --**

Brightfield Group -- Brand Tracker

(Bhang in California)



Highest Brand Share

7.39%

# Brightfield Group -- Brand Tracker

## (Bhang in California – continued)



## Brightfield Group -- Brand Tracker

## (Bhang in Michigan)





| Geography | Market |
|---|---|
| Colorado - Denver | Medical |
| Colorado - Total | |
| Connecticut - Total | |
| DC - Total | |
| Delaware - Total | **Category** |
| Florida - Total | Concentrates |
| Hawaii - Total | ■ Edibles |
| Illinois - Total | Flower |
| Kentucky - Total | Others |
| Louisiana - Total | |
| Maine - Total | |
| Massachusetts - Total | **Subcategory** |
| ■ Michigan - Total | Baked Goods |
| Missouri - Total | Chocolate |
| Montana - Total | Drinks |
| | Oils & Sprays |

Category ● Edibles



| Geography | | |
|---|---|---|
| Colorado - Denver | | ▲ |
| Colorado - El Paso | | |
| Colorado - Total | | |
| Michigan - Total | | |
| Nevada - Total | | ▼ |

| Category | | |
|---|---|---|
| Concentrates | Edibles | Others |

| Subcategory | | |
|---|---|---|
| All | Chocolate | Savory Snacks |
| Baked Goods | Drinks | Sugar Candy |

| | 4.96 % | 5.05 % | 5.23 % | 5.48 % | 3.90 % | 3.83 % |
| | 3.80 % | 3.61 % | 3.22 % | 4.08 % | 4.68 % | 5.30 % |
| | 5.09 % | 5.03 % | 4.92 % | 4.67 % | 5.84 % | 5.15 % |
| | 6.13 % | 8.41 % | 12.96 % | 14.12 % | 15.58 % | 9.72 % |
| | 3.51 % | 3.45 % | 3.32 % | 3.62 % | 3.77 % | 4.71 % |
| | 8.77 % | 9.97 % | 12.36 % | 13.89 % | 13.64 % | 15.76 % |
| | 4.88 % | 5.20 % | 5.83 % | 3.73 % | 2.60 % | 2.80 % |
| | 3.70 % | 4.21 % | 5.23 % | 10.39 % | 3.77 % | 3.83 % |
| | 4.16 % | 4.18 % | 4.22 % | 4.55 % | 3.64 % | 3.66 % |
| | 3.42 % | 3.42 % | 3.42 % | 3.73 % | 3.12 % | 3.98 % |
| | 51.57 % | 47.46 % | 39.29 % | 31.74 % | 39.46 % | 41.24 % |

Highest Brand Share

8.77%

## Brightfield Group -- Brand Tracker

### (Bhang in Arizona)





| Geography | Market |
|---|---|
| (Total US) | Medical |
| Alaska - Total | |
| ■ Arizona - Total | |
| Arkansas - Total | |
| California - Los Angeles | **Category** |
| California - Orange | Concentrates |
| California - Sacramento | ■ Edibles |
| California - San Diego | Flower |
| California  Total | Others |
| Colorado - CO MT | |
| Colorado - CO Springs | |
| Colorado - Denver | **Subcategory** |
| Colorado - Total | Baked Goods |
| Connecticut - Total | Chocolate |
| DC - Total | Drinks |
| | Oils & Sprays |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | $358,586 | $2,241,907 | $5,176,204 | $9,379,280 | $14,988,542 | $20,423,458 |
|  |  | $713,822 | $4,204,842 | $9,134,116 | $15,547,521 | $23,297,998 | $29,550,677 |
|  |  | $271,453 | $1,612,477 | $3,534,533 | $6,075,281 | $9,200,725 | $11,868,659 |
|  |  | $26,810 | $163,930 | $370,280 | $656,600 | $1,027,151 | $1,370,485 |
|  |  | $33,513 | $183,471 | $365,628 | $561,192 | $740,538 | $962,129 |
|  |  | $10,054 | $61,867 | $140,636 | $250,981 | $395,139 | $530,601 |
|  |  | $986,392 | $6,264,156 | $14,679,162 | $26,976,535 | $43,692,633 | $60,302,729 |
| **Total** |  | $2,400,630 | $14,732,650 | $33,400,560 | $59,447,390 | $93,342,727 | $125,008,738 |



| Geography | | |
|---|---|---|
| Arizona - Total | | |
| California - Bay Area | | |
| California - Los Angeles | | |
| California - Orange | | |
| California - Sacramento | | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 10.97 % | 11.12 % | 11.41 % | 11.38 % | 8.48 % | 10.18 % | 9. |
|  |  | 4.54 % | 5.19 % | 6.50 % | 7.81 % | 8.00 % | 8.30 % | 9. |
|  |  | 6.02 % | 6.55 % | 7.62 % | 8.34 % | 8.97 % | 8.45 % | 9. |
|  |  | 4.41 % | 3.91 % | 2.92 % | 3.06 % | 1.30 % | 1.04 % | 0. |
|  |  | 2.09 % | 2.09 % | 2.09 % |  |  |  |  |
|  |  | 19.77 % | 19.77 % | 19.77 % | 21.26 % | 22.00 % | 20.45 % | 19. |
|  |  | 2.78 % | 2.90 % | 3.12 % | 3.08 % | 2.94 % | 2.75 % | 2. |
|  |  | 5.12 % | 5.42 % | 6.03 % | 5.67 % | 5.57 % | 6.27 % | 7. |
|  |  | 6.97 % | 7.56 % | 8.75 % | 8.46 % | 6.51 % | 8.20 % | 9. |
|  |  | 13.97 % | 14.79 % | 16.43 % | 16.24 % | 17.91 % | 18.25 % | 21. |
|  |  | 23.37 % | 20.70 % | 15.36 % | 14.70 % | 16.32 % | 16.11 % | 12. |

| Category | | |
|---|---|---|
| Concentrates | Edibles | Others |

| Subcategory | | |
|---|---|---|
| All | Chocolate | Savory Snacks |
| Baked Goods | Drinks | Sugar Candy |

Highest Brand Share

19.77%

# **EXHIBIT E**

**To Declaration of Chet Billingsley**
**In support of Judgment Creditor Mentor Capital's**
**Motion for a Receiver**

Northern District of California Case Number 3:14-cv-03630-LB

| Recipient | Total Amount Received | Percent | 12-Mar-14 12823 | 21-Mar-14 12838 | 21-Mar-14 12839 | 3-Apr-14 12857 | 9-May-14 3571636 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | $ 500,000.00 | $ 228,150.00 | $ 71,850.00 | $ 500,000.00 | $ 200,000.00 | $ 1,500,000.00 |
| Scott Van Rixel | $ 937,500.00 | 62.50% | $ 312,500.00 | $ 142,593.75 | $ 44,906.25 | $ 312,500.00 | $ 125,000.00 | $ 937,500.00 |
| Richard Sellers | $ 450,000.00 | 30.00% | $ 150,000.00 | $ 68,445.00 | $ 21,555.00 | $ 150,000.00 | $ 60,000.00 | $ 450,000.00 |
| William Waggoner | $ 112,500.00 | 7.50% | $ 37,500.00 | $ 17,111.25 | $ 5,388.75 | $ 37,500.00 | $ 15,000.00 | $ 112,500.00 |
| TOTAL | $ 1,500,000.00 | 100.00% | $ 500,000.00 | $ 228,150.00 | $ 71,850.00 | $ 500,000.00 | $ 200,000.00 | |

## CERTIFICATE OF SERVICE

I am a citizen of the United States.  My business address is 1342 Rollins Road, Burlingame, CA 94010.  I am employed in the County of San Mateo, from which this service occurred.  I am over the age of 18 years, and am not a party to the above-captioned action.  On the date below I served the following documents:

**DECLARATION OF CHET BILLINGSLEY IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER**

On the following person(s) in this action by:

[X]   E-SERVICE by filing the document listed above with the courts ECF service such that all attorneys of record received Notice of Electronic Filing from the court clerk as follows:

Jaime Bianca Herren      jherren@doylelow.com, mlow@doylelow.com

I declare under penalty of perjury under the laws of the United States and State of California that the above is true and correct.  Executed on June 30, 2017 at Burlingame, California.

/s/ Megan Jeanne
Megan Jeanne

- 1 -

CERTIFICATE OF SERVICE – 3:14-cv-03630-LB