PAUL DAVID MAROTTA (State Bar No. 111812)
MEGAN JEANNE (State Bar No. 251294)
THE CORPORATE LAW GROUP
1342 ROLLINS ROAD
BURLINGAME, CA 94010
Telephone:     (650) 227-8000
Facsimile:      (650) 227-8001
paul@tclg.com
megan@tclg.com

Attorneys for Plaintiff
MENTOR CAPITAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENTOR CAPITAL, INC., | Civil Action No. 3:14-cv-03630-LB |
| Plaintiff. | **DECLARATION OF PAUL MAROTTA IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER** |
| v. | |
| BHANG CHOCOLATE COMPANY, INC., a Nevada corporation and BHANG CORPORATION, a Nevada corporation, | Date:          August 10, 2017 |
| Defendants. | Time:          9:30 a.m. |
| | Courtroom:   C |

I, Paul Marotta, declare as follows:

1.      I am an attorney practicing with The Corporate Law Group, counsel to Mentor Capital, Inc., a Delaware corporation, judgment creditor in the above captioned matter.

2.      I am admitted to practice before all of the courts of the State of California, the United States District Court for the Northern District of California and the United States Court of Appeal for the Ninth Circuit.

3.      Except for such matters which are stated on information and belief, the matters stated herein are known to me personally, and if called and sworn as a witness I could competently testify thereto.

**DECLARATION OF PAUL MAROTTA IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER – 3:14-cv-03630-LB**

4.      A monetary judgment was entered in Mentor's favor against Bhang Corporation, aka Bhang Chocolate Company, Inc. (together "<u>Bhang</u>"), on December 29, 2016, in the amount of $1,921,534.62 ("Judgment").  Interest accrues on the Judgment at the rate of $526.45 per day.

5.      After entry of the Judgment, we reached out to Bhang's Florida counsel to discuss payment by Bhang of the Judgment.  Bhang has made no attempts to pay any portion of the Judgment and we have never received a response to our attempts to discuss payment of the Judgment with Florida counsel.

6.      Our office has prepared and requested that the United States Marshal for the Northern District of California serve at least 16 levies on various banks, California licensees of Bhang, attorneys, and Bhang service providers.

7.      In response to such levies, Bank of America has remitted approximately $30,000 to the U.S. Marshal.  No other banks have any record of an account opened or maintained in the name of Bhang.

8.      In response to a levy served on Alta Supply, Inc., the purported Northern California distributor of Bhang products and an entity owned by Bhang executive and owner, Richard Sellers, Alta Supply, Inc. responded that, "we do not owe any money or any other obligation to the judgment debtor nor do we have possession or control of any property of the judgment debtor," and "we owe no obligation to the judgment debtor that is levied upon but not yet due and payable."

9.      A true and correct copies of the Memorandum of Garnishee received from Alta Supply, Inc. and Alta Supply, Inc.'s Statement of Information showing that Richard Sellers is both the Chief Executive Officer and a director are attached hereto as <u>Exhibits A and B</u>, respectively.

10.      During the course of the arbitration in this matter we learned that Bhang received a few million dollars in revenues during 2015, including large monthly amounts from the California vape licensee.

11.      We have also perfected judgment liens against Bhang in Florida and California, and filed a financing statement against Bhang in Nevada.  Bhang, unfortunately, does not have any property, real or personal, on which to execute.

DECLARATION OF PAUL MAROTTA IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER – 3:14-cv-03630-LB

12.     We have also filed liens against Bhang trade and service marks for which registration has been granted or registration is in process with the U.S. Patent and Trademark Office.

13.     On or about May 3, 2017 I was taking depositions of two witnesses in Florida in a case pending in the United States District Court for the District of Utah.  That case and this one are, in a sense related, sharing some claims, counsel, expert witnesses, and involving affiliated parties.

14.     One of the lawyers in that case, Boyd Jentzsch, also represented judgment debtor Bhang in this case.

15.     During a break I asked Mr. Jentzsch why Bhang had made no effort to resolve the judgment in this case, or pay Mentor.

16.     I was surprised when Mr. Jentzsch indicated to me that Bhang would not make any offers to resolve this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was signed by the undersigned on June 29, 2017 at Burlingame, California.


**/Paul Marotta/**
**Paul Marotta**

**DECLARATION OF PAUL MAROTTA IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER – 3:14-cv-03630-LB**

# **EXHIBIT A**

**To Declaration of Paul Marotta**
**In support of Judgment Creditor Mentor Capital's**
**Motion for a Receiver**

Northern District of California Case Number 3:14-cv-03630-LB

RECEIVED
UNITED STATES MARSHAL

AT-167/EJ-152

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address):<br>Paul David Marotta (SBN 111813), Megan Jeanne (SBN 281294),<br>The Corporate Law Group<br>1342 Rollins Road, Burlingame, CA 94010<br>TELEPHONE NO: (650) 227-0001   FAX NO: (650) 227-0001<br>E-MAIL ADDRESS: pmarotta@tclg.com, mjean@tclg.com<br>ATTORNEY FOR (Name): Judgment Creditor Mentor Capital, Inc | LEVYING OFFICER (Name and address)<br>U.S. Marshal Process Service Unit<br>450 Golden Gate Avenue<br>7th Floor Room 5166<br>San Francisco, CA 94102 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF N.D. California

STREET ADDRESS: 450 Golden Gate Avenue

MAILING ADDRESS: 450 Golden Gate Avenue

CITY AND ZIP CODE: San Francisco, CA 94102

BRANCH NAME: United States District Court, Northern District of California

PLAINTIFF/PETITIONER: Mentor Capital, Inc

DEFENDANT/RESPONDENT: Bhang Chocolate Company, Inc. et al

| MEMORANDUM OF GARNISHEE<br>(Attachment–Enforcement of Judgment) | CASE NUMBER:<br>3:14-cv-03630-LB |
|---|---|

| NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF<br>ATTACHMENT: This memorandum must be completed and mailed or delivered to the<br>levying officer within 10 days after service on you of the writ and notice of levy<br>or attachment unless you have fully complied with the levy. Failure to complete and<br>return this memorandum may render you liable for the costs and attorney fees incur-<br>red in obtaining the required information.<br><br>— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER — | This memorandum does *not* apply<br>to garnishment of earnings. |

1. a. Garnishee (name): Alta Supply, Inc. c/o Todd Winter
   b. Address: 1901 Newport Blvd., Suite 350, Costa Mesa, CA 92627

2. Judgment Creditor (name): Mentor Capital, Inc.

3. [X] (Check if applicable ) The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

We do not owe any money or any other obligation to the judgment debtor nor do we have possession or control of any property of the judgment debtor.

5. For writ of execution only. Describe any property of the judgment debtor not levied upon that is in your possession or under your control.

We have no property of the judgment debtor not levied upon in our possession or control.

Form adopted for Mandatory Use
Judicial Council of California
AT-167/EJ-152 (Revised July 1, 2001)

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Code Civ. Proc. §§ 488.610,
701.030

AT-167/EJ-152

| SHORT TITLE: | LEVYING OFFICER FILE NO. | CASE NUMBER: |
|---|---|---|
| Mentor Capital, Inc. v. Bhang Chocolate Company, Inc | | 3:14-cv-03630-LB |

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer

We owe no money or any other obligation to the judgment debtor.

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable.

We owe no obligation to the judgment debtor that is levied upon but not yet due and payable.

8. **For writ of execution only.** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon

We owe no obligation to the judgment debtor that is not levied upon

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons.

We do not owe any money or any other obligation to the judgment debtor and have no knowledge of any claims and rights of other persons to such an obligation.

## DECLARATION OF GARNISHEE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date:

3 3/ 17

_____
TYPE OR PRINT NAME                                        SIGNATURE

If you need more space to provide the information required by this memorandum, you may attach additional pages.
☐ Total number of pages attached.

AT-167/EJ-152 (Rev. July 1, 2013)
**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Page 2 of 2

# **EXHIBIT B**

**To Declaration of Paul Marotta**
**In support of Judgment Creditor Mentor Capital's**
**Motion for a Receiver**

Northern District of California Case Number 3:14-cv-03630-LB

# State of California
## Secretary of State

**S**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | | | | |
| 8.   SECRETARY | | | | |
| 9.   CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME | | | | |
| 11.  NAME | | | | |
| 12.  NAME | | | | |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

SI-200 (REV 01/2013)                    **Page 1 of 2**                    APPROVED BY SECRETARY OF STATE

S

# State of California
## Secretary of State



Attachment to
Statement of Information

(Domestic Stock and Agricultural Cooperative Corporations)

This Space for Filing Use Only

**A.   CORPORATE NAME**

B.  **CALIFORNIA CORPORATE NUMBER**

C.  **List of Additional Directors**

| NAME | ADDRESS | CITY | STATE | ZIP CODE |
|------|---------|------|-------|----------|
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |

## <u>CERTIFICATE OF SERVICE</u>

I am a citizen of the United States.  My business address is 1342 Rollins Road, Burlingame, CA 94010.  I am employed in the County of San Mateo, from which this service occurred.  I am over the age of 18 years, and am not a party to the above-captioned action.  On the date below I served the following documents:

**DECLARATION OF PAUL MAROTTA IN SUPPORT OF MENTOR CAPITAL, INC.'S MOTION TO APPOINT A RECEIVER**

On the following person(s) in this action by:

[X]    E-SERVICE by filing the document listed above with the courts ECF service such that all attorneys of record received Notice of Electronic Filing from the court clerk as follows:

Jaime Bianca Herren      jherren@doylelow.com, mlow@doylelow.com

I declare under penalty of perjury under the laws of the United States and State of California that the above is true and correct.  Executed on June 30, 2017 at Burlingame, California.

/s/ Megan Jeanne
Megan Jeanne

**CERTIFICATE OF SERVICE – 3:14-cv-03630-LB**