Lawrence J. Hilton (Bar No. 156524)
lhilton@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, California 90210
Telephone: (310) 437-8665
Facsimile:  (310) 943-2085

Attorneys for Defendants
Bhang Corporation and
Bhang Chocolate Company, Inc.

Paul David Marotta (Bar No. 111812)
Megan Jeanne (Bar No. 251294)
THE CORPORATE LAW GROUP
1342 ROLLINS ROAD
BURLINGAME, CA 94010
Telephone: (650) 227-8000
Facsimile: (650) 227-8001

paul@tclg.com
megan@tclg.com

Attorneys for Plaintiff
MENTOR CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENTOR CAPITAL, INC<br><br> Plaintiff.<br><br>   v.<br><br>BHANG CHOCOLATE COMPANY, INC., a Nevada corporation and BHANG CORPORATION, a Nevada corporation,<br><br> Defendants. | Case No. 3:14-cv-03630-LB<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER SHORTEN TIME ON SCHEDULE FOR BRIEFING AND HEARING BHANG'S MOTION TO DEPOSIT FUNDS AND STOCK CERTIFICATES WITH THE COURT PURSUANT TO FEDERAL RULE 67**<br><br>Date: October 26, 2017<br>Time: 9:30 am<br>Courtroom: C |

1  Pursuant to Civil Local Rules 6-2, Defendants Bhang Chocolate Company,
2  Inc., and Bhang Corporation (collectively, "Bhang") and Plaintiff Mentor Capital,
3  Inc. ("Mentor") submit this stipulation for to Shorten Time on Schedule for Briefing
4  and Hearing Bhang's Motion to Deposit Funds and Stock Certificates with The
5  Court Pursuant to Federal Rule 67 ("Rule 67 Motion") (Document No. 64).  This
6  stipulated request to shorten time is supported by the attached declaration of Oscar
7  M. Orozco-Botello.
8  WHEREAS, on September 18, 2017, Mentor Capital filed a Motion for
9  Assignment of Licensing Rights or, in the alternative, for a Receiver ("Mentor's
10 Motion") (Document No. 63);
11 WHEREAS, on October 2, 2017, Bhang filed its Rule 67 Motion set for a
12 hearing on November 9, 2017;
13 WHEREAS, there would be substantial benefit in coordinating the hearings
14 for the two motions as there is a significant overlap in issues;
15 WHEREAS, on October 4, 2017, Bhang, through its counsel, requested that
16 Mentor stipulate to shorten the time for briefing and hearing the Rule 67 Motion;
17 WHEREAS, on October 5, 2017, Mentor agreed that the hearing on the Rule
18 67 Motion may be held at the same time as the hearing scheduled on October 26,
19 2017 for Mentor's Motion;
20 WHEREAS, this request does not modify Mentor's October 16, 2017
21 deadline to oppose Bhang's Rule 67 Motion;
22 WHEREAS, Bhang is willing to shorten its time to prepare a reply brief so
23 that its Rule 67 Motion and Mentor's Motion may be heard at the same time;
24 WHEREAS, there have been no other time modifications in this case; and
25 WHEREAS, this stipulated request to shorten time does not affect other
26 deadlines in this case.
27 / / /
28 / / /

1

**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME - CASE NO. 3:14-CV-03630-LB**

NOW THEREFORE IT IS HEREBY STIPULATED and agreed by the parties that:

1. Mentor's opposition brief to Bhang's Rule 67 Motion shall be filed on or before October 16, 2017;

2. Bhang's reply brief shall be filed on or before October 20, 2017; by noon and

3. The hearing on both parties' motions shall take place on October 26, 2017 at 9:30 am.

**IT IS SO STIPULATED.**

Dated: October 6, 2017                    **ONE LLP**

                                          By: /s/Lawrence J. Hilton
                                              Lawrence J. Hilton
                                              Joanna Ardalan
                                              Attorneys for Defendants
                                              Bhang Corporation and
                                              Bhang Chocolate Company, Inc.

Dated: October 6, 2017                    **THE CORPORATE LAW GROUP**

                                          By: /s/Megan Jeanne
                                              Paul David Marotta
                                              Megan Jeanne
                                              Attorneys for Plaintiff
                                              Mentor Capital, Inc.

\* \* \*

**<u>ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this documents has been obtained from each of the signatories.

Dated: October 6, 2017

                                          By: /s/Lawrence J. Hilton

\* \* \*

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  Dated: <u>October 10</u>, 2017

5  _____
   HON. LAUREL BEELER
6  United States Magistrate Judge

3