PAUL DAVID MAROTTA (State Bar No. 111812)
MEGAN JEANNE (State Bar No. 251294)
THE CORPORATE LAW GROUP
1342 ROLLINS ROAD
BURLINGAME, CA 94010
Telephone:     (650) 227-8000
Facsimile:     (650) 227-8001
paul@tclg.com
megan@tclg.com

Attorneys for Plaintiff
MENTOR CAPITAL, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENTOR CAPITAL, INC., | Civil Action No. 3:14-cv-03630-LB |
| Plaintiff. | **REQUEST BY MENTOR CAPITAL, INC. FOR AN AMENDED ORDER GRANTING RELEASE OF RELEASE DEPOSITED FUNDS AND STOCK CERTIFICATES TO MENTOR CAPITAL, INC.** |
| v. | |
| BHANG CHOCOLATE COMPANY, INC., a Nevada corporation and BHANG CORPORATION, a Nevada corporation, | |
| Defendants. | |

**WHEREAS**, on December 7, 2017, this Court entered an order granting release of funds and stock certificates to Mentor Capital, Inc. in accordance with Section 10 of the Order Granting Stipulation Re: Deposit and Release of Funds in Satisfaction of Judgment entered on November 20, 2017 [Dkt # 78] ("Release Order"); and

**WHEREAS**, this Court asked that certain portions of the Release Order be modified.

**THEREFORE**, Mentor requests that the Court modify its previously entered order as follows:

On November 27, 2017 in accordance with Section 4 of the Order Granting Stipulation Re: Deposit and Release of Funds in Satisfaction of Judgment entered on November 20, 2017 [Dkt # 78] ("Order"), Mentor filed its final Memorandum of Costs [Dkt #81].

**REQUEST BY MENTOR CAPITAL, INC. FOR AN AMENDED ORDER GRANTING RELEASE OF RELEASE DEPOSITED FUNDS AND STOCK CERTIFICATES TO MENTOR CAPITAL, INC. – 3:14-cv-03630-LB**

1    On November 27, 2017, in accordance with Section 7 of the Order, Mentor made filings

2  necessary to release all liens against Bhang and cease collection efforts, and filed a declaration

3  detailing such actions [Dkt #82].

4    On November 30, 2017, in accordance with Section 6 of the Order, Mentor filed an affidavit

5  acknowledging the amount of the refund due to The Van Rixel Family Trust and Richard Sellers on

6  return of their stock certificates [Dkt #84].

7    Bhang Corporation did not file any objections or oppositions to any of the above filings as

8  allowed by Sections 5 and 6 of the Order.

9    On or about November 30, 2017, Bhang deposited an additional $3,780 with this Court to

10  cover the deficiency in deposited funds detailed by Mentor in its Memorandum of Costs [Dkt #85].

11    Therefore, pursuant to Section 10 of the Order, Mentor requests that this Court enter an order

12  directing the Clerk to

13    1.    Release to Mentor Capital, Inc. funds in the amount of $1,757,056.92 in the form of

14        a check mailed to:

15            The Corporate Law Group

16            1342 Rollins Road

17            Burlingame, CA 94010

18    2.    Release to Mentor Capital, Inc. for pick-up by counsel the stock certificates numbered

19        C-3092, C-3093, C-9094, C-3095, and C-3061 held for deposit with the Court; and

20    3.    Disperse to Mentor Capital, Inc., in the form of a check mailed as set forth above, a

21        pro-rata portion of the accrued interest earned on the deposited funds.  Based on the

22        pro-rata disbursements to each party, Mentor calculates that its pro-rata portion of the

23        accrued interest should be 86% of the total accrued interest.

24                          Respectfully submitted,

25  Dated:  December 18, 2017            THE CORPORATE LAW GROUP

26                    By:    /Megan Jeanne
                            Megan Jeanne
27                          Attorneys for Plaintiff Mentor Capital,
                            Inc.
28

- 2 -

**REQUEST BY MENTOR CAPITAL, INC. FOR AN AMENDED ORDER GRANTING RELEASE OF RELEASE DEPOSITED FUNDS AND STOCK CERTIFICATES TO MENTOR CAPITAL, INC. – 3:14-cv-03630-LB**

1

2

### CERTIFICATE OF SERVICE

3      I, Megan Jeanne, Esquire, counsel for the above-named Defendant, hereby certify that the

4 foregoing was filed via this Court's Electronic Case Filing system, which will cause a copy of the

5 this filing to be forwarded to all counsel of record.

6 Date:  December 18, 2017                             /s/ Megan Jeanne

7                                                    Megan Jeanne, Esquire

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE – 3:14-cv-03630-LB**